Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue    Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

STEVEN WAYNE CARR & DEBRA LOU CARR

CASE NO. 09-70594-HDH-13

AKA1:                                                         AKA2: DEBRA TOFT CARR; DEBRA LOU BELVIN
DBA1:                                                         DBA2: DEBRA LOU HAMILTON
SS#1: xxx-xx- 5307                                            SS#2: xxx-xx- 3879

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

A. Orig. Date: 12/21/2009    Orig. Time:    2:00 PM        Reset Date:            Reset Time:

B. Meeting Results:        Adjourned

C. Debtor(s):    Debtor 1 Appeared        Debtor 2 Appeared

D. Attorney for Debtor(s):    Appeared

E. Creditor Appearance:    None

F. Amount Paid to the Trustee as of        12/21/2009    $200.00        First Payment Due Date:        12/24/2009

G. File Trustee's Motion to Dismiss because

H. B22C Information:        B22C Form is:        Incomplete

Budgeted Income:    $2,750.04    Expense:        $2,550.04    Surplus:        $200.00

Plan Payment:    $200.00  Monthly                                    Plan Term(Months):    36

I. Value of Non-Exempt Property:        $0.00  Proposed Amount to Unsecured Creditors:        $0.00

____    Objection to Exemption of:

____    Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:

____    Object to Invoke Stay Pleading

____    Case Converted from Chapter 7, Bar Date Set:    3/22/2010    Date Converted from Chapter 7:

J. Required Information:    Complete income records or Bank Statements - Corrected

K. Business Information:    Business Questionnaire & Cash Flow - Corrected

L. Object to Confirmation:    Yes

Sch A fails to include all real properties
Feasibility until non-exempt property figure is determined

M. Financial Management Class:    Debtor 1 Appeared        Debtor 2 Appeared

N. Eligibility:

Certificate of Credit Counseling Filed:    Both Debtor 1 and Debtor 2

Credit Counseling Provider Approved:                    Yes

Debt Limits Exceeded (Secured-$1,010,650; Unsecured-$336,900):    No

O. Domestic Support Obligation:        $0.00    Current:            Arrears:        $0.00

Affidavit and Disclosure of Domestic Support Obligations Received:    Yes

P. Remarks:    MTD
        -Business Questionnaire
        -Cash Flow
        -Bank Statements or income records
The MTD will not be pursued any further per debtors testimony at 341.
Questions
        -Mr does not have any business income?
No income & he is attempting to get SS disabilty.
        -05-08 returns show business income.
Oil lease interest, but it was sold in 01/09 received $6000.
        -SOFA 18 is blank, but Mr claimed business expenses on Tax Returns since at least 2005.
            -Why should this not be a business case?
            -Bank statements show unexplained deposits

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone     (806) 748-1956 Fax

-Where are the unexplained deposits originating?
-Mr have any side jobs?
-Operating a business?
They were a gift from family members that will not have to be repaid.
    -Several unexplained deposits beyond Mrs income.
    -Mrs. Income explains $1380/mo income, bank statement deposits average $2729/mo.
      -$1349 difference?
Probably about correct.
  -Sch I fails to include all income sources.
  -What happened to the annuity $159.89 found in May & June bank statement for 3879?
Deceased mother's that stoped in June.
    -What is the source of the additional $1350 unexplained deposits & why is it not included?
    -Please explain debtor's involvement in SOFA 4 lawsuit, Wichita County v Toft Billy Ivan Sr?
Deceased uncle left her & 3 siblings several pieces of property. Does not believe she has any ownership in them.
  -Does Mr have any interest in 258 Mesa Rd?
    -CAD states Steve Carr owns adjoining properties at this address.
    -$34,464 & $18,675 values.
    -If owned what is the lien amount?
Gave ownership to Daughter several years ago.
Objections
  -Sch A fails to include all real properties
  -Sch I fails to include all income sources -- will not be pursued
  -Failure to include all disposable income -- will not be pursued
  -Feasibility until non-exempt property figure is determined

Dated:    12/21/2009

/s/ Walter O'Cheskey

Standing Bankruptcy Trustee
By:       Brent Hagan

| Case Number: | 09-70594 |
|---|---|
| Debtor: | Carr |
| Attorney: | MJW |
| Presiding Officer: | Brent Hagan |
| Calculation Date: | 12/21/2009 8:55 |

| Domestic Support  Input name from Plan | Arrears Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor      Input name from Plan | Value/Claim Amount Enter amount from Plan | | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| Attorney Fees        Paid Through the Plan | $2,719.00 | | | | $2,719.00 |
|---|---|---|---|---|---|
| Noticing Fees | $124.08 | | | | $124.08 |
| Clerk Filing Fees | $0.00 | | | | $0.00 |

| Hardacre Minimum | $0.00 | <-------------- | | |
|---|---|---|---|---|
| Chapter 7 Minimum (Gross) | $0.00 | | | |
| Less Trustee Fees | $0.00 | | | |
| Less Attorney Fees | $2,719.00 | | | |
| Less Noticing Fees | $124.08 | Greater Of --------> | | $0.00 |
| Less Clerk Filing Fees | $0.00 | | | |
| Less Scheduled Priority Claims | $0.00 | | | |
| Less Other (Explain Below) | $0.00 | | | |
| Chapter 7 Minimum (Net) | $0.00 | <-------------- | | |

| Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum) | $92,873.13 |
|---|---|

| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $3,145.19 |
|---|---|
| Debtor Plan Base (Monthly Payment X Term) | $7,200.00 |
| Surplus (Debtor Plan Base - Calculated Base) | $4,054.81 |

**Comments:**

| Case Number: | 0 |
|---|---|
| Debtor: | 0 |
| Attorney: | 0 |
| Presiding Officer: | 0 |
| Calculation Date: | 12/21/2009 8:55 |

| | | |
|---|---|---|
| **Schedule I Gross Income** | | $0.00 |
| **Less Line 57 B22C** | | $0.00 |
| | | |
| **Adjustments (Enter as positive to add, negative to subtract)** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustment out | | $0.00 |
| | | |
| **Month Disposable Income Available** | | $0.00 |
| **Multiplier** | | 60 |
| **Minimum to Unsecureds** | | $0.00 |

**Comments:**